# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 853 |
| | : | |
| DESIGNATION OF VICE-CHAIR OF THE | : | SUPREME COURT RULES DOCKET |
| CONTINUING LEGAL EDUCATION | : | |
| BOARD | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 29th day of October, 2020, Douglas E. Ress, Esquire, is hereby designated as Vice-Chair of the Continuing Legal Education Board, commencing January 1, 2021.